# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )  2:10-cr-282-PMP-GWF-1
        Plaintiff,  )
        vs.  )  **ORDER**
SHIRJIL QURESHI,  )
        Defendant.  )

    The government filed on July 14, 2013, a motion to unseal the above-captioned case. The government represented in its filing that the defense consented to the relief that the government seeks. Having considered the government's motion and finding good cause to grant it,

    IT IS THEREFORE ORDERED that the government's motion should be and hereby is GRANTED; it is further

    ORDERED that all docket entries and documents entered in the above-captioned case shall be unsealed, except that documents that are sealed pursuant to established rules and practice of this Court (for example, defendant's presentence investigation report) shall remain sealed.

    DATED this _ 15th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE