UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  ) 2:10-cr-282-PMP-GWF-2
        Plaintiff, )
        vs. ) **ORDER**
ANITA MATHUR, )
        Defendant. )

The government filed on September 5, 2013, a motion to unseal the above-captioned case. The government represented in its filing that the defense consented to the relief that the government seeks. Having considered the government's motion and finding good cause to grant it,

IT IS THEREFORE ORDERED that the government's motion should be and hereby is GRANTED; it is further

ORDERED that all docket entries and documents entered in the above-captioned case shall be unsealed, except:

(i) those documents that are sealed pursuant to established rules and practice of this Court (for example, defendant's presentence investigation report) shall remain sealed; and

(ii) stipulations to continue defendant's sentencing date shall remain sealed.

///

///

It is further

ORDERED that, although the two categories of documents described above shall remain sealed, the docket shall reflect that a sealed document was filed.

DATED this __9th__ day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE