DANIEL G. BOGDEN
United States Attorney

JEFFREY H. KNOX
Chief, Fraud Section, Criminal Division
U.S. Department of Justice

GARY A. WINTERS
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 598-2382

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-282-PMP-GWF-1 |
| Plaintiff, | |
| v. | **UNITED STATES' MOTION TO AMEND JUDGMENT** |
| SHIRJIL QURESHI, | |
| Defendant. | |

The United States, by and through the undersigned, respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure 36, to amend the Judgment in the above-captioned matter due to clerical error.

**Points and Authorities**

On January 16, 2014, the Court sentenced the defendant to one day imprisonment with credit for time served and five years supervised release, a $100.00 assessment, and restitution in the amount of $113,00.00 (Doc. No. 113). A copy of the Judgment is appended hereto as Exhibit A.

The Judgment did not identify the restitution recipient in relation to the amount of restitution ordered. A "Restitution List" is appended hereto as Exhibit B.

Wherefore, the United States respectfully requests the Court to amend the Judgment to include the identity of the victim and the specific amount of monies due.

Respectfully submitted,

IT IS SO ORDERED:

JEFFREY KNOX
Chief
United States Department of Justice, Criminal Division, Fraud Section

_____
PHILIP M. PRO
U.S. District Judge
January 23, 2014

/s/ Gary A. Winters
GARY A. WINTERS
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section

January 21, 2014

CERTIFICATE OF SERVICE

I hereby certify that the foregoing UNITED STATES' MOTION TO AMEND JUDGMENT was served by ECF this 21st day of January 2014.

/s/ Gary A. Winters
Gary A. Winters
Trial Attorney, U.S. Department of Justice
Criminal Division, Fraud Section